**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA, *et al.*

        *Plaintiffs*,

    v.

US AIRWAYS GROUP, INC.,
111 W. Rio Salado Parkway
Tempe, AZ 85281

and

AMR CORPORATION,
4333 Amon Carter Boulevard
Fort Worth, TX 76155

        *Defendants*.

Civil Action No. 1:13-cv-01236-CKK

## NOTICE OF JOINT REQUEST FOR TRIAL SCHEDULING CONFERENCE

The parties hereby submit the following notice requesting an in-person conference with the Court as soon as practicable to set a discovery and trial schedule for the above-captioned case.  Defendants seek to start trial on November 12, 2013, or as soon thereafter as the Court's calendar permits.  Plaintiffs, in response to defendants' request for a trial date as soon as possible, have proposed that the trial begin on February 10, 2014, or as soon thereafter as the Court's calendar permits.

The parties have met and conferred on the date for commencing trial, but have been unable to resolve their disagreement and jointly request the Court to hold a scheduling conference at the earliest date available on the Court's calendar, preferably in person, so as to avoid further delay in the resolution of this matter.  The parties are available on Wednesday,

Thursday or Friday / August 28, 29, or 30, at the Court's convenience.  In preparation for the scheduling conference, the parties agree to file their competing proposals for a trial scheduling order, and the arguments in support thereof, no later than 5:00 PM two court days before the date on which the conference is set to occur.


Dated:  August 22, 2013

Respectfully Submitted,


/s/ John M. Majoras
John M. Majoras (DC Bar # 474267)
Michael S. Fried (DC Bar # 458347)
Rosanna K. McCalips (DC Bar # 482859)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3939 (Phone)
(202) 626-1700 (Facsimile)
jmmajoras@jonesday.com
msfried@jonesday.com
rkmccalips@jonesday.com


Mary Jean Moltenbrey (DC Bar #481127)
PAUL HASTINGS LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1725 (Phone)
(202) 551- 0225 (Facsimile)
mjmoltenbrey@paulhastings.com

**_Attorneys for Defendant_**
**_AMR Corporation_**

/s/ Richard G. Parker
Richard G. Parker (DC Bar #327544)
Henry Thumann (DC Bar #474499)
Courtney Dyer (DC Bar #490805)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300 (Phone)
(202) 383-5414 (Facsimile)
rparker@omm.com
hthumann@omm.com
cdyer@omm.com


Kenneth R. O'Rourke (Pro Hac Vice application pending)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000 (Phone)
(213) 430-6407 (Facsimile)
korourke@omm.com


Paul T. Denis (DC Bar #437040)
Steven G. Bradbury (DC Bar #416430)
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 261-3300 (Phone)
(202) 261-3333 (Facsimile)
paul.denis@dechert.com
steven.bradbury@dechert.com

2

Charles F. Rule (DC Bar #370818)
CADWALADER, WICKERSHAM
& TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
(202) 862-2200 (Phone)
(202) 862-2400 (Facsimile)
rick.rule@cwt.com

*Attorneys for Defendant*
*US Airways Group, Inc.*

/s/ Ryan J. Danks
Ryan J. Danks
U.S. DEPARTMENT OF JUSTICE
Antitrust Division
450 5th Street NW
Room 4648
Washington, DC 20001
(202) 305-0128
Fax: (202) 514-6525
Email: ryan.danks@usdoj.gov

*Attorney for Plaintiff United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the counsel of record in this matter who are registered on the CM/ECF system, and that I caused a copy of the foregoing and the notice of electronic filing to be served by email and first class mail to the following non-ECF participants:

Nancy M. Bonnell
Antitrust Unit Chief
Office of the Attorney General
1275 West Washington
Phoenix, AZ 85007
(602) 542-7728 (phone)
(602) 542-9088 (facsimile)
Nancy.bonnell@azag.gov

James A. Donahue, III
Executive Deputy Attorney General
Public Protection Division
Office of the Attorney General
14th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-4530 (phone)
(717) 787-1190 (facsimile)
jdonahue@attorneygeneral.gov

Victor J. Domen, Jr.
Senior Antitrust Counsel
Office of the Attorney General
500 Charlotte Avenue
Nashville, TN 37202
(615) 532-3327 (phone)
(615) 532-6951 (facsimile)
Vic.Domen@ag.tn.gov

Mark Levy
Assistant Attorney General
Office of the Attorney General
300 W. 15th Street, 7th Floor
Austin, TX 78701
(512) 936-1847 (phone)
(512) 320-0975 (facsimile)
Mark.Levy@texasattorneygeneral.gov

Sarah Oxenham Allen
Assistant Attorney General
Consumer Protection Section
Office of the Attorney General
900 East Main Street
Richmond, VA 23219
(804) 786-6557 (phone)
(804) 786-0122 (facsimile)
SOAllen@oag.state.va.us

Dated:  August 22, 2013

 _/s/ Courtney Dyer_
Courtney Dyer