IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al*.<br><br>*Plaintiffs*,<br><br>v.<br><br>US AIRWAYS GROUP, INC.<br>111 W. Rio Salado Parkway<br>Tempe, AZ 85281<br><br>and<br><br>AMR CORPORATION<br>4333 Amon Carter Boulevard<br>Forth Worth, TX 76155<br><br>*Defendants*. | Civil Action No. 1:13-cv-01236-CKK |

## NOTICE OF APPEARANCE BY JOHN M. MAJORAS

PLEASE TAKE NOTICE that John M. Majoras of Jones Day hereby enters his appearance as counsel on behalf of Defendant AMR Corporation in the above-captioned case.

Respectfully submitted, this the 22nd day of August, 2013.

/s/ John M. Majoras
John M. Majoras (D.C. Bar # 474267)
Email: jmmajoras@jonesday.com
JONES DAY
325 John H. McConnell Boulevard
Suite 600
Columbus, Ohio 43216-5017
Tel.  (614) 281-3835
Fax  (614) 461-4198

51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel.  (202) 879-3939
Fax   (202) 626-1700

*Attorney for Defendant AMR Corporation*