## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et al.*,

    Plaintiffs,

       v.

US AIRWAYS GROUP, INC., *et al.*,

    Defendants.

**Civil Action No. 13-1236**

### ORDER
(August 23, 2013)

Upon consideration of the parties' [10] Notice of Joint Request for Trial Scheduling Conference, it is, this 23rd day of August, 2013, hereby

**ORDERED** that the Court shall hold an initial scheduling conference in this matter on **August 30, 2013 at 9:30** in Courtroom 28A.

IT IS **FURTHER ORDERED** that the parties shall file a joint report as required by Local Civil Rule 16.3 by no later than **5:00 PM on August 28, 2013**.

IT IS **FURTHER ORDERED** that the Plaintiffs shall file a response to the Defendants' [11] Motion to Set Trial Date by no later than **5:00 PM on August 27, 2013**.  The Defendants may file a reply by no later than **5:00 PM on August 28, 2013**.  The parties are advised that the Court has a criminal trial set to begin on January 14, 2014 that is expected to last six to eight weeks.

**SO ORDERED.**

                      */s/*
                      **COLLEEN KOLLAR-KOTELLY**
                      UNITED STATES DISTRICT JUDGE