### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> US AIRWAYS GROUP, INC., and ) <br> ) <br> AMR CORPORATION ) <br> ) <br> Defendants. | Case No. 1:13-cv-01236 |

### NOTICE OF APPEARANCE

     Please take notice that Paul T. Denis enters his appearance as co-counsel in the above-captioned case on behalf of defendant US Airways Group, Inc. He is admitted to and authorized to practice in this court.

Dated: August 26, 2013          Respectfully submitted,

                            */s/ Paul T. Denis*
                            Paul T. Denis (D.C. Bar No. 437040)
                            Dechert LLP
                            1900 K Street, N.W.
                            Washington, DC 20006
                            (202) 261-3300 (phone)
                            (202) 261-3333 (facsimile)
                            paul.denis@dechert.com

                            *Counsel for Defendant*
                            *US Airways Group, Inc*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the counsel of record in this matter who are registered on the CM/ECF system, and that I caused a copy of the foregoing and the notice of electronic filing to be served by email and first class mail to the following non-ECF participants:

Nancy M. Bonnell
Antitrust Unit Chief
Office of the Attorney General
1275 West Washington
Phoenix, AZ 85007
(602) 542-7728 (phone)
(602) 542-9088 (facsimile)
Nancy.bonnell@azag.gov

James A. Donahue, III
Executive Deputy Attorney General
Public Protection Division
Office of the Attorney General
14th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-4530 (phone)
(717) 787-1190 (facsimile)
jdonahue@attorneygeneral.gov

Victor J. Domen, Jr. Senior
Antitrust Counsel Office of
the Attorney General 500
Charlotte Avenue Nashville,
TN 37202 (615) 532-3327
(phone) (615) 532-6951
(facsimile)
Vic.Domen@ag.tn.gov

Mark Levy
Assistant Attorney General
Office of the Attorney General
300 W. 15th Street, 7th Floor
Austin, TX 78701
(512) 936-1847 (phone)
(512) 320-0975 (facsimile)
Mark.Levy@texasattorneygeneral.gov

Sarah Oxenham Allen
Assistant Attorney General
Consumer Protection Section
Office of the Attorney General
900 East Main Street
Richmond, VA 23219
(804) 786-6557 (phone)
(804) 786-0122 (facsimile)
SOAllen@oag.state.va.us

John M. Majoras
Rosanna K. McCalips
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001 (202)
879-3939 (phone) (202) 626-
1700 (facsimile)
jmmajoras@jonesday.com
rkmccalips@JonesDay.com

Charles F. Rule
Cadwalader, Wichersham & Taft
LLP 700 Sixth Street, N.W.
Washington, DC 20001

 (202) 862-2200 (phone)
(202) 862-2400 (facsimile)

Mary Jean Moltenbrey
Paul Hastings LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1725 (phone)
(202) 551- 0225 (facsimile)
mjmoltenbrey@paulhastings.com


Dated: August 26, 2013                                              */s/ Paul T. Denis*
                                                                                                                                                                                    Paul T. Denis