# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>US AIRWAYS GROUP, INC., and<br><br>AMR CORPORATION<br><br>Defendants. | Case No. 1:13-cv-01236 |

## NOTICE OF APPEARANCE

Please take notice that Charles F. Rule enters his appearance as co-counsel in the above-captioned case on behalf of defendant US Airways Group, Inc. He is admitted to and authorized to practice in this court.

Dated: August 26, 2013

Respectfully submitted,

*/s/ Charles F. Rule*
Charles F. Rule (D.C. Bar No. 370818)
CADWALADER, WICKERSHAM & TAFT LLP
700 6th St. NW
Washington, DC 20001
(202) 862-2420 (phone)
(202) 862-2400 (facsimile)
Rick.Rule@cwt.com

*Counsel for Defendant*
*US Airways Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the counsel of record in this matter who are registered on the CM/ECF system, and that I caused a copy of the foregoing and the notice of electronic filing to be served by email and first class mail to the following non-ECF participants:

Nancy M. Bonnell
Antitrust Unit Chief
Office of the Attorney General
1275 West Washington
Phoenix, AZ 85007
(602) 542-7728 (phone)
(602) 542-9088 (facsimile)
Nancy.bonnell@azag.gov

James A. Donahue, III
Executive Deputy Attorney General
Public Protection Division
Office of the Attorney General
14th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-4530 (phone)
(717) 787-1190 (facsimile)
jdonahue@attorneygeneral.gov

Victor J. Domen, Jr.
Senior Antitrust Counsel
Office of the Attorney General
500 Charlotte Avenue
Nashville, TN 37202
(615) 532-3327 (phone)
(615) 532-6951 (facsimile)
Vic.Domen@ag.tn.gov

Mark Levy
Assistant Attorney General
Office of the Attorney General
300 W. 15th Street, 7th Floor
Austin, TX 78701
(512) 936-1847 (phone)
(512) 320-0975 (facsimile)
Mark.Levy@texasattorneygeneral.gov

Sarah Oxenham Allen
Assistant Attorney General
Consumer Protection Section
Office of the Attorney General
900 East Main Street
Richmond, VA 23219
(804) 786-6557 (phone)
(804) 786-0122 (facsimile)
SOAllen@oag.state.va.us

Steven G. Bradbury
Gorav Jindal
Dechert LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 261-3300 (phone)
(202) 261-3333 (facsimile)
paul.denis@dechert.com
steven.bradbury@dechert.com
gorav.jindal@dechert.com

Mary Jean Moltenbrey
Paul Hastings LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1725 (phone)
(202) 551- 0225 (facsimile)
mjmoltenbrey@paulhastings.com

Dated: August 26, 2013                                        */s/ Charles F. Rule*
                                                                  Charles F. Rule