AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 13-cv-01236 |
| US Airways Group, Inc. and AMR Corporation | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America .

Date: 08/27/2013

/s/
*Attorney's signature*

Mark W. Ryan (D.C. Bar #359098)
*Printed name and bar number*

450 Fifth Street Northwest
Suite 8000
Washington, DC 20530
*Address*

mark.w.ryan@usdoj.gov
*E-mail address*

(202) 532-4753
*Telephone number*

(202) 307-2784
*FAX number*