AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al.<br>*Plaintiff*<br>v.<br>US AIRWAYS GROUP, INC., and AMR CORPORAT<br>*Defendant* | ) ) ) ) ) ) | Case No.   1:13-cv-01236-CKK |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of Arizona

Date:   08/27/2013

*[signature]*
*Attorney's signature*

Susan V. Myers, AZ Bar No. 021949
*Printed name and bar number*

Office of the Arizona Attorney General
1275 West Washington
Phoenix, AZ 85007
*Address*

susan.myers@azag.gov
*E-mail address*

(602) 542-7768
*Telephone number*

(602) 542-9088
*FAX number*