**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　Plaintiffs,<br><br>　　v.<br><br>US AIRWAYS GROUP INC., *et al.*,<br><br>　Defendants. | Civil Action No. 13-1236 (CKK) |

**ORDER**
(August 30, 2013)

　　The Court held an initial scheduling conference in this matter on August 30, 2013.  This Order briefly sets forth some of the issues discussed on the record and in Chambers with counsel for both parties.  Trial in this matter shall commence on **November 25, 2013**.  The parties shall promptly file a proposed case management order, and email a native copy of the order to Chambers.  By no later than **September 4, 2013**, the parties shall file a joint proposed order concerning referral of discovery disputes to a special master.  The parties shall also confer and contact the Court regarding the appointment of a third-party mediator for use at the parties' discretion.  The Court shall hold a status conference on **October 1, 2013, at 10:30 AM** to discuss trial procedures and pre- and post-trial briefing.  If there are any issues the parties would like for the Court to address during the status hearing, the parties shall file a joint status report by no later than **September 30, 2013 at 12:00 PM** briefing outlining the issue(s).

　　**SO ORDERED**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/*
　　　　　　　　　　　　　　　　　　　　　　　　**COLLEEN KOLLAR-KOTELLY**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE