**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA, et al.,

      Plaintiffs,

  v.

US AIRWAYS GROUP, INC.

and

AMR CORPORATION,

      Defendants.

Case No. 1:13-cv-01236 (CKK)

**NOTICE OF LODGING OF PROPOSED ORDER APPOINTING SPECIAL MASTER**

Plaintiffs, the United States and the Plaintiff States, and Defendants, US Airways Group, Inc. and AMR Corporation, hereby jointly lodge the proposed Order Appointing Special Master attached hereto as Exhibit One. The parties will submit an electronic Word version to the Court.

-2-

Dated: September 3, 2013                                            Respectfully submitted,

*Attorneys for Defendant*  
*US Airways Group, Inc*.

/s/ Richard G. Parker  
Richard G. Parker (DC Bar #327544)  
Henry Thumann (DC Bar #474499)  
Courtney Dyer (DC Bar #490805)  
O'MELVENY & MYERS LLP  
1625 Eye Street, N.W.  
Washington, D.C. 20006  
(202) 383-5300 (Phone)  
(202) 383-5414 (Facsimile)  
rparker@omm.com  
hthumann@omm.com  
cdyer@omm.com

Kenneth R. O'Rourke (Admitted Pro Hac Vice)  
O'MELVENY & MYERS LLP  
400 South Hope Street  
Los Angeles, CA 90071  
(213) 430-6000 (Phone)  
(213) 430-6407 (Facsimile)  
korourke@omm.com

Paul T. Denis (DC Bar #437040)  
Steven G. Bradbury (DC Bar #416430)  
DECHERT LLP  
1900 K Street, N.W.  
Washington, DC 20006  
(202) 261-3300 (Phone)  
(202) 261-3333 (Facsimile)  
paul.denis@dechert.com  
steven.bradbury@dechert.com

Charles F. Rule (DC Bar #370818)  
CADWALADER, WICKERSHAM & TAFT LLP  
700 Sixth Street, N.W.  
Washington, DC 20001  
(202) 862-2200 (Phone)  
(202) 862-2400 (Facsimile)  
rick.rule@cwt.com

*Attorneys for Defendant*  
*AMR Corporation*

/s/ John M. Majoras  
John M. Majoras (DC Bar #474267)  
Paul W. Render (Pro. Hac. app. pending)  
Michael S. Fried (DC Bar #458357)  
Rosanna K. McCalips (DC Bar #482859)  
JONES DAY  
51 Louisiana Avenue, N.W.  
Washington, DC 20001  
(202) 879-3939 (Phone)  
(202) 626-1700 (Facsimile)  
jmmajoras@jonesday.com  
msfried@jonesday.com  
rkmccalips@jonesday.com

Mary Jean Moltenbrey (DC Bar #481127)  
PAUL HASTINGS LLP  
875 15th Street, NW  
Washington, DC 20005  
(202) 551-1725 (Phone)  
(202) 551- 0225 (Facsimile)  
mjmoltenbrey@paulhastings.com

-3-

FOR THE UNITED STATES

/s/ Ryan Danks
Ryan J. Danks
Antitrust Division
U.S. Department of Justice
450 Fifth Street Northwest, Suite 8000
Washington, DC 20530
Telephone: (202) 305-0128
Facsimile: : (202) 514-6525
E-mail: ryan.danks@usdoj.gov

FOR THE DISTRICT OF COLUMBIA

/s/ Bennett Rushkoff
Bennett Rushkoff (D.C. Bar # 386925)
Chief, Public Advocacy Section

/s/ Nicholas A. Bush
Nicholas A. Bush (D.C. Bar # 1011001)
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., Suite 600-S
Washington, DC 20001
Telephone: 202-442-9841
Facsimile: 202- 715-7720
E-mail: nicholas.bush@dc.gov

FOR THE STATE OF TEXAS

/s/ Mark A. Levy
Mark A. Levy
Kayna Stavast-Piper Assistant Attorney
General Texas Bar No. 24014555
Office of the Attorney General of Texas
300 W. 15th Street, 7th Floor
Austin, Texas 78701
Telephone: 512-936-1847
Facsimile: 512-320-0975
Email:mark.levy@texasattorneygeneral.com

FOR THE STATE OF ARIZONA

/s/ Nancy Bonnell
Nancy M. Bonnell
Antitrust Unit Chief
Arizona Bar No. 016382
1275 West Washington
Phoenix, Arizona 85007
Telephone: 602-542-7728
Facsimile: 602-542-9088
Email: nancy.bonnell@azag.gov

FOR THE STATE OF FLORIDA

/s/ Lizabeth A. Brady
Lizabeth A. Brady
Chief, Multistate Antitrust Enforcement
Christopher Hunt
Associate Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: 850-414-3300
Facsimile: 850-488-9134

FOR THE COMMONWEALTH OF
PENNSYLVANIA

/s/ James A. Donahue III
James A. Donahue, III
Executive Deputy Attorney General
PA Bar No. 42624
Jennifer A. Thomson Deputy Attorney
General Public Protection Division
14th Floor, Strawberry Square
Harrisburg, PA 17120
Telephone: 717-787-4530
Facsimile: 717-787-1190
Email: jdonahue@attorneygeneral.gov

-4-

| FOR THE COMMONWEALTH OF VIRGINIA | FOR THE STATE OF TENNESSEE |
|---|---|
| /s/    Sarah Oxenham Allen | /s/    Victor J. Domen, Jr. |
| Sarah Oxenham Allen (Va. Bar # 33217) | Victor J. Domen, Jr. |
| Matthew R. Hull (Va. Bar # 80500) | Senior Antitrust Counsel |
| Assistant Attorneys General | Tennessee Bar No. 015803 |
| Office of the Attorney General | 500 Charlotte Avenue |
| Consumer Protection Section | Nashville, TN  37202 |
| 900 East Main Street | Telephone:  615-253-3327 |
| Richmond, VA  23219 | Facsimile:  615-532-6951 |
| Telephone:  804-786-6557 | Email:  Vic.Domen@ag.tn.gov |
| Facsimile:  804 786-0122 | |
| Email:  SOAllen@oag.state.va.us | |