**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        *Plaintiffs*,<br><br>      *v.*<br><br>US AIRWAYS GROUP, INC. and AMR CORPORATION,<br><br>        *Defendants*, | Case No. 1:13-cv-01236-CKK<br>(Before Special Master Levie) |

**NOTICE OF SUBMISSION TO SPECIAL MASTER OF DEFENDANTS' MOTION TO COMPEL PRODUCTION OF FACTUAL MATERIALS AND INFORMATION REGARDING DOJ'S APPROVALS OF FOUR PRIOR AIRLINE MERGERS**

Pursuant to the Order Appointing Special Master, dated September 4, 2013, Defendants US Airways Group, Inc. and AMR Corporation hereby give notice that the following documents will be submitted to Special Master Richard A. Levie for his consideration:

- Defendants' Motion to Compel Production of Factual Materials and Information Regarding DOJ's Approvals of Four Prior Airline Mergers (the "Motion to Compel") (attached hereto as Exhibit One);

- Declaration of Steven G. Bradbury in support of the Motion to Compel and supporting exhibits (attached hereto as Exhibit Two); and

- [Proposed] Order on the Motion to Compel (attached hereto as Exhibit Three).

| | |
|---|---|
| Dated:  September 20, 2013 | Respectfully submitted, |
| | /s/ Courtney Dyer |
| | Richard G. Parker (DC Bar #327544) |
| | Henry Thumann (DC Bar #474499) |
| | Courtney Dyer (DC Bar #490805) |
| | O'MELVENY & MYERS LLP |
| | 1625 Eye Street, N.W. |
| | Washington, D.C. 20006 |
| | (202) 383-5300 (Phone) |
| | (202) 383-5414 (Facsimile) |
| | rparker@omm.com |
| | hthumann@omm.com |
| | cdyer@omm.com |
| | |
| | Kenneth R. O'Rourke (Admitted Pro Hac Vice) |
| | O'MELVENY & MYERS LLP |
| | 400 South Hope Street |
| | Los Angeles, CA 90071 |
| | (213) 430-6000 (Phone) |
| | (213) 430-6407 (Facsimile) |
| | korourke@omm.com |
| | |
| | Charles F. Rule (DC Bar #370818) |
| | CADWALADER, WICKERSHAM |
| | & TAFT LLP |
| | 700 Sixth Street, N.W. |
| | Washington, DC 20001 |
| | (202) 862-2200 (Phone) |
| | (202) 862-2400 (Facsimile) |
| | rick.rule@cwt.com |
| | |
| | Paul T. Denis (DC Bar #437040) |
| | Gorav Jindal (DC Bar #416430) |
| | DECHERT LLP |
| | 1900 K Street, N.W. |
| | Washington, DC 20006 |
| | (202) 261-3300 (Phone) |
| | (202) 261-3333 (Facsimile) |
| | paul.denis@dechert.com |
| | gorav.jindal@dechert.com |
| | |
| | *Attorneys for Defendant* |
| | *US Airways Group, Inc.* |

/s/ John M. Majoras
John M. Majoras (DC Bar #474267)
Paula Render (Pro Hac pending)
Michael S. Fried (DC Bar #458357)
Rosanna K. McCalips (DC Bar #482859)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3939 (Phone)
(202) 626-1700 (Facsimile)
jmmajoras@jonesday.com
msfried@jonesday.com
rkmccalips@jonesday.com

Mary Jean Moltenbrey (DC Bar #481127)
PAUL HASTINGS LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1725 (Phone)
(202) 551- 0225 (Facsimile)
mjmoltenbrey@paulhastings.com

*Attorneys for Defendant*
*AMR Corporation*