# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>US AIRWAYS GROUP, INC. and AMR CORPORATION,<br><br>*Defendants*, | Case No. 1:13-cv-01236-CKK<br>(Before Special Master Levie) |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO COMPEL
PRODUCTION OF FACTUAL MATERIALS AND INFORMATION
REGARDING DOJ'S APPROVALS OF FOUR PRIOR AIRLINE MERGERS**

Defendants US Airways Group, Inc. and AMR Corporation (together, the "Airlines") move for an order compelling Plaintiff the United States of America and the Plaintiff States[1] to further respond to Interrogatory 2 in the Airlines' first set of Interrogatories and Requests for Production 15 through 20 in the Airlines' first set of Request for Production.

Having considered the Airlines' motion, the Plaintiffs' opposition, and the Airlines' reply, and having heard argument from counsel, the Airlines' motion is **GRANTED**. Plaintiffs are ordered to serve further supplemental responses to Interrogatory 2 that provide all of the factual information that each of the Plaintiffs relied upon in making a decision not to challenge under the antitrust laws the 2005 merger of US Airways and America West, the 2008 merger of Delta and Northwest Airlines, the 2010 merger of United and Continental, and the 2011 merger

---

[1] The Plaintiff States are: the State of Arizona, the District of Columbia, the State of Florida, the State of Michigan, the Commonwealth of Pennsylvania, the State of Tennessee, the State of Texas, and the Commonwealth of Virginia.

2

of Southwest Airlines and AirTrans.  Plaintiffs are further ordered to serve further supplemental responses to Requests for Production 15 through 20 and produce the documents sought therein. Plaintiffs shall serve such responses and produce such documents within 10 days of this Order.

Pursuant to Local Civil Rule 7(k), a list of attorneys entitled to notice under the Scheduling and Case Management Order is attached hereto as Appendix A.


Dated: October 1, 2013                                    _____
                                                          Hon. Richard Levie (ret.)
                                                          Special Master

## APPENDIX A: LIST OF ATTORNEYS ENTITLED TO NOTICE

Ryan Danks, Esq.
Kate Mitchell-Tombras, Esq.
Patrick Hallagan, Esq.
Department of Justice Antitrust Division
Transportation, Energy, and Agricultural Section
450 5th Street Northwest, Suite 8000
Washington, DC 20530
ryan.danks@usdoj.gov
katharine.mitchell@usdoj.gov
f.patrick.hallagan@usdoj.gov

John M. Majoras, Esq.
Rosanna K. McCalips, Esq.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3939 (Phone)
(202) 626-1700 (Facsimile)
jmmajoras@jonesday.com
rkmccalips@jonesday.com

Mark Levy, Esq.
Assistant Attorney General
Office of the Attorney General of TX
300 W. 15th Street, 7th Floor
Austin, TX 78701
mark.levy@texasattorneygeneral.gov