**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA, *et al.*,

                *Plaintiffs*,

        *v.*

US AIRWAYS GROUP, INC. and AMR CORPORATION,

                *Defendants*,

Case No. 1:13-cv-01236-CKK
(Before Special Master Levie)

**NOTICE OF SUBMISSION TO SPECIAL MASTER OF DEFENDANTS'
MOTION TO COMPEL PRODUCTION OF RELEVANT FACTS OBTAINED
FROM THIRD-PARTY INTERVIEWS**

    Pursuant to the Order Appointing Special Master, dated September 4, 2013, Defendants US Airways Group, Inc. and AMR Corporation hereby give notice that the following documents were submitted to Special Master Richard A. Levie for his consideration:

- Defendants' Motion to Compel Production of Relevant Facts Obtained from Third-Party Interviews (the "Motion to Compel") (attached hereto as Exhibit One);

- Declaration of Steven G. Bradbury in support of the Motion to Compel and supporting exhibit (attached hereto as Exhibit Two); and

- [Proposed] Order on the Motion to Compel (attached hereto as Exhibit Three).

Dated:  September 24, 2013

Respectfully submitted,

/s/ Courtney Dyer
Richard G. Parker (DC Bar #327544)
Henry Thumann (DC Bar #474499)
Courtney Dyer (DC Bar #490805)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300 (Phone)
(202) 383-5414 (Facsimile)
rparker@omm.com
hthumann@omm.com
cdyer@omm.com

Kenneth R. O'Rourke (Admitted Pro Hac Vice)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000 (Phone)
(213) 430-6407 (Facsimile)
korourke@omm.com

Charles F. Rule (DC Bar #370818)
CADWALADER, WICKERSHAM
& TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
(202) 862-2200 (Phone)
(202) 862-2400 (Facsimile)
rick.rule@cwt.com

Paul T. Denis (DC Bar #437040)
Gorav Jindal (DC Bar #416430)
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 261-3300 (Phone)
(202) 261-3333 (Facsimile)
paul.denis@dechert.com
gorav.jindal@dechert.com

*Attorneys for Defendant*
*US Airways Group, Inc.*

/s/ John M. Majoras
John M. Majoras (DC Bar #474267)
Paula Render (Pro Hac pending)
Michael S. Fried (DC Bar #458357)
Rosanna K. McCalips (DC Bar #482859)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3939 (Phone)
(202) 626-1700 (Facsimile)
jmmajoras@jonesday.com
msfried@jonesday.com
rkmccalips@jonesday.com

Mary Jean Moltenbrey (DC Bar #481127)
PAUL HASTINGS LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1725 (Phone)
(202) 551- 0225 (Facsimile)
mjmoltenbrey@paulhastings.com

***Attorneys for Defendant***
***AMR Corporation***