# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        *Plaintiffs*,<br><br>     *v.*<br><br>US AIRWAYS GROUP, INC. and AMR CORPORATION,<br><br>        *Defendants*, | Case No. 1:13-cv-01236-CKK<br>(Before Special Master Levie) |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO COMPEL RELEVANT FACTS OBTAINED FROM THIRD-PARTY INTERVIEWS**

  Defendants US Airways Group, Inc. and AMR Corporation (together, the "Airlines") move for an order compelling Plaintiff the United States of America and the Plaintiff States[1] to respond to Interrogatory 1 of Defendants' First Set of Interrogatories.

  Having considered the Airlines' motion, the Plaintiffs' opposition, and the Airlines' reply, the Airlines' motion is **GRANTED**. Plaintiffs are ordered to respond to Defendants' Interrogatory 1 by identifying each person interviewed by Plaintiffs on or before August 12, 2013, pursuant to Plaintiffs' investigation of the challenged transaction, and by providing all factual information obtained from those interviews that is relevant to Plaintiffs' claims in this case. Plaintiffs shall serve such responses within 10 days of this Order.

---

[1] The Plaintiff States are: the State of Arizona, the District of Columbia, the State of Florida, the State of Michigan, the Commonwealth of Pennsylvania, the State of Tennessee, the State of Texas, and the Commonwealth of Virginia.

2

Pursuant to Local Civil Rule 7(k), a list of attorneys entitled to notice under the Scheduling and Case Management Order is attached hereto as Appendix A.

Dated: October __, 2013

_____
Hon. Richard Levie (ret.)
Special Master

## **APPENDIX A: LIST OF ATTORNEYS ENTITLED TO NOTICE**

Ryan Danks, Esq.
Kate Mitchell-Tombras, Esq.
Patrick Hallagan, Esq.
Department of Justice Antitrust Division
Transportation, Energy, and Agricultural Section
450 5th Street Northwest, Suite 8000
Washington, DC 20530
ryan.danks@usdoj.gov
katharine.mitchell@usdoj.gov
f.patrick.hallagan@usdoj.gov

John M. Majoras, Esq.
Rosanna K. McCalips, Esq.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3939 (Phone)
(202) 626-1700 (Facsimile)
jmmajoras@jonesday.com
rkmccalips@jonesday.com

Mark Levy, Esq.
Assistant Attorney General
Office of the Attorney General of TX
300 W. 15th Street, 7th Floor
Austin, TX 78701
mark.levy@texasattorneygeneral.gov