# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                        )
UNITED STATES OF AMERICA, et al.,       )
                                        )   Civil Action No. 13-1236-CKK
             Plaintiffs,                )   (Before Special Master Levie)
                                        )
                                        )
             v.                         )
                                        )
US AIRWAYS GROUP, INC., et al.,         )
                                        )
             Defendants.                )
_____)

## NOTICE OF SUBMISSION TO SPECIAL MASTER OF PLAINTIFFS RESPONSE TO DEFENDANTS' MOTION TO COMPEL PRODUCTION OF INTERVIEW-RELATED WORK PRODUCT

Pursuant to the Order Appointing Special Master, dated September 4, 2013,

Plaintiffs hereby give notice that they have submitted their Response to Defendants'

Motion to Compel Productions of Interview-Related Work Product to Special Master

Richard A. Levie for his consideration.  A copy of Plaintiffs' Response is attached as

Exhibit 1, and a copy of the exhibits thereto is attached as Exhibit 2.


                                    /s/_____
                                    Ryan Danks
                                    U.S. DEPARTMENT OF JUSTICE
                                    Antitrust Division
                                    450 5th Street NW, Suite 8100
                                    Washington, DC 20001
                                    (202) 305-0128
                                    Fax: (202) 514-6525
                                    Email: ryan.danks@usdoj.gov