# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | )<br>)<br>) Civil Action No. 13-1236-CKK |
| Plaintiffs, | ) (Before Special Master Levie)<br>) |
| v. | )<br>) |
| US AIRWAYS GROUP, INC., et al., | )<br>) |
| Defendants. | ) |

## NOTICE OF SUBMISSION TO SPECIAL MASTER OF PLAINTIFFS RESPONSE TO DEFENDANTS' MOTION TO COMPEL PRODUCTION OF FACTUAL MATERIALS AND INFORMATION REGARDING DOJ'S APPROVALS OF FOUR PRIOR AIRLINE MERGERS

Pursuant to the Order Appointing Special Master, dated September 4, 2013, Plaintiffs hereby give notice that they have submitted their Response to Defendants' Motion to Compel Productions of Factual Materials and Information Regarding DOJ's Approvals of Four Prior Airline Mergers to Special Master Richard A. Levie for his consideration. A copy of Plaintiffs' Response is attached as Exhibit 1.

/s/
Ryan Danks
U.S. DEPARTMENT OF JUSTICE
Antitrust Division
450 5th Street NW, Suite 8100
Washington, DC 20001
(202) 305-0128
Fax: (202) 514-6525
Email: ryan.danks@usdoj.gov