IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> US AIRWAYS GROUP, INC. and AMR CORPORATION, <br><br> *Defendants*, | Case No. 1:13-cv-01236-CKK <br><br> Trial Date:  November 25, 2013 |

**JOINT REPORT IN ADVANCE OF STATUS CONFERENCE**

Having met and conferred in advance of the scheduled status conference, the Parties report the following:

**I.      Status of Discovery**

Plaintiffs and Defendants have complied with, and exchanged documents pursuant to, their initial disclosure obligations.  Fact discovery is proceeding expeditiously and is on track to end by October 25, 2013.  Collectively, Defendants have produced approximately 400,000 documents to Plaintiffs.  This is in addition to the more than 925,000 documents Defendants produced during Plaintiffs' pre-litigation merger investigation.  Plaintiffs have produced approximately 560,000 documents to Defendants, many of which are documents Defendants originally produced to Plaintiffs in prior investigations.

A detailed summary of discovery events is attached as Exhibit One.  In sum, Plaintiffs have taken or noticed 18 party depositions and have noticed two non-party depositions.  Because the dates for most non-parties to respond to document subpoenas has not yet arrived, Defendants have not yet noticed non-party depositions but plan to do so immediately after receiving and reviewing the

relevant document productions. The Parties are exchanging preliminary non-binding trial witness lists on Monday, September 30.

## II.     Proposed Trial Procedures Order

The Parties have met and conferred about an order governing trial-related dates and procedures. Among other things, the order addresses the timing and filing of trial briefs and pre-trial motions, trial exhibits, deposition designations, written direct testimony, post-trial proposed findings of fact and conclusions of law, and the treatment of information designated "confidential" under the Stipulated Protective Order Concerning Confidentiality, dated August 30, 2013. (As to this last topic—the treatment of information designated as "confidential" including whether such information should be filed under seal—the parties ask the Court to consider expanding the reference to the Special Master to include this subject.)

The parties will continue to meet and confer in an effort to submit an agreed-upon Trial Procedures Order to the Court in the next two weeks.

## III.    Motions

Two motions, both concerning privilege issues, have been submitted to the Special Master by Defendants and will be fully briefed and argued by September 30, 2013.

## IV.     Other Issues

To provide a window for decision after the November 25th trial, on September 23rd Defendants agreed to extend the deadline for completing their merger from December 17, 2013, until January 18, 2014.

Dated: September 30, 2013                                  Respectfully submitted,

/s/                                                                              /s/
Mark W. Ryan                                                      Richard G. Parker (DC Bar #327544)
Ryan Danks                                                         Courtney Dyer (DC Bar #490805)
U.S. DEPARTMENT OF JUSTICE                        O'MELVENY & MYERS LLP
Antitrust Division                                                  1625 Eye Street, N.W.
450 5th Street NW                                                Washington, D.C. 20006
Room 4648                                                           (202) 383-5300 (Phone)
Washington, DC 20001                                        (202) 383-5414 (Facsimile)
(202) 305-0128                                                     rparker@omm.com
Fax: (202) 514-6525                                             cdyer@omm.com
mark.w.ryan@usdoj.gov
ryan.danks@usdoj.gov

                                                                            Kenneth R. O'Rourke (admitted pro hac vice)
*Attorneys for Plaintiff United States*                 O'MELVENY & MYERS LLP
                                                                            400 South Hope Street
/s/                                                                         Los Angeles, CA 90071
Nancy M. Bonnell                                               (213) 430-6000 (Phone)
Antitrust Unit Chief                                             (213) 430-6407 (Facsimile)
Arizona Bar No. 016382                                     korourke@omm.com
1275 West Washington
Phoenix, Arizona 85007                                     Paul T. Denis (DC Bar #437040)
Telephone: 602-542-7728                                 Steven G. Bradbury (DC Bar #416430)
Facsimile: 602-542-9088                                   DECHERT LLP
nancy.bonnell@azag.gov                                  1900 K Street, N.W.
                                                                           Washington, DC 20006
*Attorney for Plaintiff State of Arizona*             (202) 261-3300 (Phone)
                                                                           (202) 261-3333 (Facsimile)
/s/                                                                        paul.denis@dechert.com
Bennett Rushkoff (D.C. Bar # 386925)             steven.bradbury@dechert.com
Chief, Public Advocacy Section
Nicholas A. Bush (D.C. Bar # 1011001)          Charles F. Rule (DC Bar #370818)
Assistant Attorney General                                CADWALADER, WICKERSHAM
Office of the Attorney General                           & TAFT LLP
441 Fourth Street, N.W., Suite 600-S              700 Sixth Street, N.W.
Washington, DC 20001                                      Washington, DC 20001
Telephone: 202-442-9841                                (202) 862-2200 (Phone)
Facsimile: 202- 715-7720                                (202) 862-2400 (Facsimile)
bennett.rushkoff@dc.gov                                rick.rule@cwt.com
nicholas.bush@dc.gov
                                                                           *Attorneys for Defendant*
*Attorneys for Plaintiff District of Columbia*   *US Airways Group, Inc.*

3

/s/
Lizabeth A. Brady
Chief, Multistate Antitrust Enforcement
Christopher Hunt
Associate Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: 850-414-3300
Facsimile: 850-488-9134
liz.brady@myfloridalegal.com

*Attorneys for Plaintiff State of Florida*

/s/
James A. Donahue, III
Executive Deputy Attorney General
PA Bar No. 42624
Jennifer A. Thomson
Deputy Attorney General
Public Protection Division
14th Floor, Strawberry Square
Harrisburg, PA 17120
Telephone: 717-787-4530
Facsimile: 717-787-1190
jdonahue@attorneygeneral.gov
jthomson@attorneygeneral.gov

*Attorneys for Plaintiff Commonwealth of Pennsylvania*

/s/
Victor J. Domen, Jr.
Senior Antitrust Counsel
Tennessee Bar No. 015803
500 Charlotte Avenue
Nashville, TN 37202
Telephone: 615-253-3327
Facsimile: 615-532-6951
Vic.Domen@ag.tn.gov

*Attorney for Plaintiff State of Tennessee*

/s/
John M. Majoras (DC Bar # 474267)
Paula Render (admitted pro hac vice)
J. Bruce McDonald (DC Bar # 421763)
Michael S. Fried (DC Bar # 458347)
Rosanna K. McCalips (DC Bar # 482859)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3939 (Phone)
(202) 626-1700 (Facsimile)
jmmajoras@jonesday.com
prender@jonesday.com
bmcdonald@jonesday.com
msfried@jonesday.com
rkmccalips@jonesday.com

Mary Jean Moltenbrey (DC Bar #481127)
PAUL HASTINGS LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1725 (Phone)
(202) 551- 0225 (Facsimile)
mjmoltenbrey@paulhastings.com

*Attorneys for Defendant AMR Corporation*

/s/
Mark A. Levy
Kayna Stavast-Piper
Assistant Attorney General
Texas Bar No. 24014555
Office of the Attorney General of Texas
300 W. 15th Street, 7th Floor
Austin, Texas 78701
Telephone: 512-936-1847
Facsimile: 512-320-0975
mark.levy@texasattorneygeneral.com
kayna.stavast-piper@texasattorneygeneral.gov

*Attorneys for Plaintiff State of Texas*

/s/
Sarah Oxenham Allen (Va. Bar # 33217)
Matthew R. Hull (Va. Bar # 80500)
Assistant Attorneys General
Office of the Attorney General
Consumer Protection Section
900 East Main Street
Richmond, VA 23219
Telephone: 804-786-6557
Facsimile: 804 786-0122
SOAllen@oag.state.va.us
mhull@oag.state.va.us

*Attorneys for Plaintiff Commonwealth of Virginia*

/s/
D.J. Pascoe
Assistant Attorney General
Michigan Bar No. P54041
Corporate Oversight Division
P.O. Box 30755
Lansing, Michigan 48909
Phone: (517) 373-1160
Fax:    (517) 335-6755
PascoeD1@Michigan.gov
*Attorney for Plaintiff State of Michigan*

# Exhibit One

**Exhibit One:  Discovery Status**

| Discovery Category | Status |
|---|---|
| **Initial Disclosures** | - **Complete**. |
| **Requests For Production** | - **Plaintiffs' First RFPs** to Defendants (served 8/29; responses served 9/19);<br>- **Plaintiffs' Second RFPs** to Defendants (served 8/30; responses served 9/19);<br>- **Plaintiffs' Third RFPs** to US Airways (served 9/13; response due 10/3);<br>- **Defendants' First RFPs** to Plaintiffs (served 8/29; response served 9/13);<br>- The Parties agreed on the custodians to be searched and the search terms to be used by Defendants.  Together, Defendants have produced approximately 400,000 documents to Plaintiffs.  This is in addition to documents produced during pre-litigation investigation.  Plaintiffs have produced approximately 560,000 documents to Defendants, including documents from prior investigations.<br>- The Parties continue to meet and confer regarding their privilege logs. |
| **Interrogatories** | - **Plaintiffs' First Interrogatories** to Defendants (served 8/30; response served 9/19);<br>- **Plaintiffs' Second Interrogatories** to US Airways (served 9/13; response due 10/3);<br>- **Plaintiffs' Second Interrogatories** to American (served 9/18; response due 10/8);<br>- **Plaintiffs' Third Interrogatories** to American (served 9/19; response due 10/9);<br>- **Defendants' First Interrogatories** to Plaintiffs (served 8/30; response served 9/19);<br>- **Defendants' Second Interrogatories** to Plaintiffs (served 9/25; response due 10/25). |

| **Discovery Category** | **Status** |
|---|---|
| **Non-Party Subpoenas** | - Plaintiffs have issued 48 subpoenas duces tecum;<br>- Defendants have issued 10 subpoenas duces tecum;<br>- Return dates for non-party subpoenas fall between September 30 and October 11. |
| **Depositions** | - Plaintiffs have taken the deposition of seven witnesses from American Airlines and four witnesses from US Airways. They have also noticed three additional witnesses from American Airlines. Plaintiffs have noticed four additional witnesses from US Airways.<br>- Plaintiffs have noticed two non-party depositions. Defendants plan to cross-notice the depositions. |
| **Preliminary Witness Lists** | - The parties are exchanging preliminary non-binding trial witness lists on September 30. |