

# ATTORNEY GENERAL OF TEXAS
## GREG ABBOTT

October 1, 2013

The Honorable Colleen Kollar-Kotelly
United States District Court for the District of Columbia      *submitted via ECF*
333 Constitution Avenue, NW
Washington, DC 20001

    Re:    *United States, et al. v. US Airways Group, Inc., and AMR Corporation*
           Case No. 1:13-cv-01236-CKK
           Notice of Settlement of the Claims of the State of Texas

Judge Kollar-Kotelly:

       The State of Texas wishes to notify the Court that it has entered into a settlement agreement with US Airways Group, Inc. and AMR Corporation. The agreement resolves the claims of the State of Texas, but it does not purport to address the claims of the other plaintiff states or the Department of Justice.

       The State of Texas is in the process of meeting and conferring with all parties to the litigation to notify them of the settlement. Once we can assure the court that no party opposes our position, the State of Texas will file its Motion to Voluntarily Dismiss its Claims with Prejudice.

                                                  Regards,

                                                 /s/ Mark A. Levy
                                             Mark A. Levy
                                             Assistant Attorney General
                                             Office of the Attorney General of Texas
                                             Consumer Protection Division – Antitrust Section
                                             300 W. 15th Street, 7th Floor
                                             Austin, Texas 78701
                                             Telephone: 512-936-1847
                                             Facsimile: 512-320-0975
                                             Mark.Levy@texasattorneygeneral.gov

cc: All Counsel