IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
UNITED STATES OF AMERICA, et al.,   )
                                    )
            Plaintiffs,             )
                                    )
      v.                            )   Civil Action No. 1:13-cv-01236 (CKK)
                                    )
US AIRWAYS GROUP, INC., and         )
AMR CORPORATION,                    )
                                    )
            Defendants.             )
_____ )

**TWU'S RESPONSE IN FURTHER SUPPORT OF ITS
AMENDED MOTION TO INTERVENE OR,
ALTERNATIVELY, TO APPEAR AS *AMICUS CURIAE***

In accordance with the Court's October 7, 2013 minute order, the Transport Workers Union of America AFL-CIO ("TWU") respectfully submits this Response in Further Support Of Its Amended Motion to Intervene or, Alternatively, to Appear as *Amicus Curiae*.

The Parties – the Department of Justice ("the Department") and Defendants U.S. Airways Group, Inc. and AMR Corporation (the "Airlines") – have filed Responses opposing TWU's motion to intervene under Fed. R. Civ. P. 24(a).

The Parties' Responses also express a significant shared concern: that nothing stand in the way of a prompt resolution of this litigation on the schedule set by the Court. TWU shares this concern, which it voiced in participating in the August 29, 2013 *amicus curiae* brief by the Unions. [Doc. No. 57.]

Thus, while TWU continues to believe that it is in the best position to protect the specific interests of its members in this litigation by articulating those interests to the Court directly, in light of the Parties' concern that intervention might put at risk a prompt resolution of this

litigation on the schedule set by the Court, TWU respectfully requests that the Court grant TWU's alternative request, granting TWU ongoing status as *amicus curiae*.[1]

## CONCLUSION

For the foregoing reasons, TWU respectfully requests that the Court grant TWU's motion in the alternative to appear as *amicus curiae*.  A proposed form of order is attached.

Dated: October 9, 2013                                     Respectfully submitted,

/s/ Jeffrey Blumenfeld
Jeffrey Blumenfeld (DC Bar #181768)
    (admitted only in DC)
Lowenstein Sandler, LLP
1251 Avenue of the Americas
New York, NY 10020
T:  212.204.8699
jblumenfeld@lowenstein.com

Sharon L. Levine
    (*Pro Hac Vice* application pending)
Lowenstein Sandler, LLP
65 Livingston Avenue
Roseland, NJ 07068
T: 973.597.2500
F: 973.597.2400
slevine@lowenstein.com

Richard S. Edelman (DC Bar # 416348)
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W., Suite 1200
Washington, DC 20005
T: (202) 898-1707
F:(202) 682-9276
REdelman@odsalaw.com

*Attorneys for Transport Workers Union of America AFL-CIO*

---

[1] We note that the Airlines "support TWU's participation in this case as *amicus curiae*" (Defendants' Response to Amended Motion of Transport Workers to Intervene, at 1 [Doc. No. 100]) and that the Department's Response opposes TWU's intervention but is silent on TWU's motion in the alternative for *amicus* status.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
UNITED STATES OF AMERICA, et al.,   )
                                    )
            Plaintiffs,             )
                                    )
       v.                           )   Civil Action No. 1:13-cv-01236 (CKK)
                                    )
US AIRWAYS GROUP, INC., and         )
AMR CORPORATION,                    )
                                    )
            Defendants.             )
_____)

**ORDER GRANTING MOTION
TO APPEAR AS *AMICUS CURIAE***

The Court, having reviewed the Transport Workers Union of America AFL-CIO's ("TWU") Motion to Appear as *Amicus Curiae*, and there being no opposition by the parties, and for good cause shown, grants TWU's Motion to Appear as *Amicus Curiae*.

IT IS SO ORDERED:

Dated:_____                     _____
                                        Hon. Colleen Kollar-Kotelly,
                                        United States District Judge