UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> US AIRWAYS GROUP, INC., *et al.*, <br><br> Defendants. | Civil Action No. 13-cv-1236 (CKK) |

ORDER
(October 9, 2013)

Presently before the Court is the [98] Amended Motion of Transport Workers Union to Intervene as of Right or, Alternatively, to Appear as *Amicus Curiae*. The Transport Workers Union's request to intervene as of right has been opposed by both Plaintiffs and Defendants. *See* Plaintiffs' Statement in Opposition to Transport Workers Union's Motion to Intervene, ECF No. [99]; Defendants' Response to Amended Motion of Transport Workers Union to Intervene, ECF No. [100]. Both Plaintiffs and Defendants, in the process of raising a host of arguments against intervention as of right, point out that granting the Transport Workers Union's request to intervene as of right would stand in the way of the prompt resolution of this litigation on the expedited schedule set by this Court. Recognizing the importance of this concern, the Transport Workers Union has subsequently filed a response in which it no longer pursues intervention as of right, but instead requests that the Court grant its alternative request to participate as *amicus curiae*. *See* TWU's Response in Further Support of Its Amended Motion to Intervene or, Alternatively to Appear as *Amicus Curiae*, ECF No. [102]. Neither Plaintiffs nor Defendants have indicated an opposition to the Transport Workers Union's participation as *amicus curiae*.

Accordingly, pursuant to its "broad discretion to permit . . . participation in [a] suit as an *amicus curiae*," *National Ass'n of Home Builders v. U.S. Army Corps of Engineers*, 519 F.Supp.2d 89, 93 (D.D.C. 2007), this Court will permit the Transport Workers Union to participate as *amicus curiae* in this matter.

Accordingly, for the reasons set forth above, it is, this 9th day of October, 2013, hereby

**ORDERED** that the [98] Amended Motion of Transport Workers Union to Intervene as of Right or, Alternatively, to Appear as *Amicus Curiae* is **GRANTED-IN-PART AND DENIED-IN-PART**. The Transport Workers Union's request to intervene as of right is **DENIED**. However, the Transport Workers Union's request to appear as *amicus curiae* is **GRANTED**.

**SO ORDERED.**

                                                 /s/
                                    **COLLEEN KOLLAR-KOTELLY**
                                    UNITED STATES DISTRICT JUDGE