UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 13-cv-1236 (CKK) |
| v. | ) ) ) | |
| US AIRWAYS GROUP, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

**Order Adopting Special Master Report and Recommendation #2**

Upon consideration of Special Master Report and Recommendation #2 on Defendants' Motion to Compel Production of Relevant Facts Obtained From Third-Party Interviews from Plaintiffs and Defendants' Objections to Report and Recommendation #2, it is this _____ day of _____, 2013 hereby:

ORDERED that Defendants' objections to Report and Recommendation #2 are overruled; and it is

Further Ordered that Defendants' Motion to Compel is DENIED.

_____
**COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE