# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et. al., )<br>    *Plaintiffs*, )<br>)<br>v. )<br>)<br>US AIRWAYS GROUPS, INC. )<br>and )<br>AMR CORPORATION, )<br>    *Defendants*. ) | Civil Action No. 1:13-cv-01236 (CKK)<br>Judge Colleen Kollar-Kotelly |

### NOTICE OF INTENT TO FILE *AMICUS CURIAE* BRIEF BY OKLAHOMA ATTORNEY GENERAL E. SCOTT PRUITT

The State of Oklahoma by and through its duly elected Attorney General E. Scott Pruitt respectfully submits this notice of intent to file an *amicus curiae* brief in support of the merger between the Defendant, US Airways Groups, Inc. and AMR Corporation. This *amicus* brief may be joined by other state Attorneys General.

DATED: October 23, 2013

                                            Respectfully submitted,

                                            **E. SCOTT PRUITT**
                                            **OKLAHOMA ATTORNEY GENERAL**

                                            **s/ PATRICK R. WYRICK**
                                            **PATRICK R. WYRICK, OBA #21874**
                                            **SOLICITOR GENERAL**
                                            **THOMAS A. BATES, OBA #15672**
                                            **FIRST ASSISTANT ATTORNEY GENERAL**
                                            313 NE 21st Street
                                            Oklahoma City, OK  73105
                                            (405) 521-3921
                                            (405) 522-0669 Fax
                                            patrick.wyrick@oag.ok.gov
                                            Tom.Bates@oag.ok.gov
                                            *Attorneys for Amicus Curiae*
                                            *State of Oklahoma*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2013, the foregoing Notice was filed with the Clerk of the Court using the Court's CM/ECF system, served electronically via the Court's CM/ECF system on all ECF participants and by first class mail on the following:

Albert L. Hogan , III
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Suite 2700
Chicago, IL 60606-1720

James A. Keyte
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
4 Times Square
New York, NY 10036-6522

Jay M. Goffman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036

John Wm Butler , Jr
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Suite 2700
Chicago, IL 60606-1720

Kenneth B. Schwartz
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036

Sharon L. Levine
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, NJ 07068

**s/ PATRICK R. WYRICK**