**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:13-cv-01236-CKK |
| ) | |
| US AIRWAYS GROUP, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| --------------------------------------------------------) | |

**MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF BY
DALLAS/FORT WORTH INTERNATIONAL AIRPORT BOARD, CITY OF
CHARLOTTE – CHARLOTTE DOUGLAS INTERNATIONAL AIRPORT, CITY OF
PHILADELPHIA, AND CITY OF PHOENIX – PHOENIX SKY HARBOR
<u>INTERNATIONAL AIRPORT</u>**

The Dallas/Fort Worth International Airport Board, the City of Charlotte – Charlotte Douglas International Airport, the City of Philadelphia, and the City of Phoenix – Phoenix Sky Harbor International Airport (the "*amici*") respectfully move this Court for permission to file a brief *amicus curiae* in support of Defendants US Airways Group, Inc. and AMR Corporation that will address the merits of the disputed merger (the "merger"). *Amici* intend to explain why they support the merger and will address the benefits to competition that the merger will yield.

Pursuant to Local Rule 7(m), *amici* have sought consent of the parties to this litigation to file the instant motion. Defendants US Airways Group, Inc. and AMR Corporation have both consented to *amici*'s filing of a brief *amicus* curiae on the merits. Counsel for *amici* contacted counsel of record for the United States via e-mail to obtain consent on Friday, October 25, 2013; however, as of the time of filing of this motion, counsel for *amici* have received no response.

## I.   INTEREST OF THE *AMICI*

As set forth below, *amici* all operate major international hub airports hosting flights by American Airlines and/or US Airways.  Due to the merger's positive ramifications for competition generally, as well the benefits it will provide for each of the *amici* and their respective communities, *amici* have a substantial interest in this case and their perspectives are relevant to its disposition.

The Dallas/Fort Worth International Airport Board, located at 3200 East Airfield Drive, DFW Airport, TX, 75261, is a joint airport board of the Cities of Dallas and Fort Worth, Texas. It was created in 1968 by a contract between Dallas and Fort Worth, as authorized by Texas statutes.  The Board has eleven voting members appointed by the City Councils of Dallas and Fort Worth.  DFW International Airport hosts flights for US Airways and is a major hub for American Airlines.

Charlotte Douglas International Airport, located at 5501 R C Josh Birmingham Pkwy, Charlotte, NC 28208, is owned and operated by the City of Charlotte. The Airport is operated financially on a fully self-sustaining basis. Charlotte Douglas hosts flights for American Airlines and is a major hub for US Airways.

The City of Philadelphia, Department of Commerce, Division of Aviation owns and operates Philadelphia International Airport, located at 8800 Essington Drive, Philadelphia, PA 19153.  The Airport hosts flights for American Airlines and is a major hub for US Airways.

The City of Phoenix owns and operates Phoenix Sky Harbor International Airport, located at 3400 E Sky Harbor Blvd, Phoenix, AZ 85034.  The airport hosts flights for American Airlines and is a major hub for US Airways.

## II.   ARGUMENT

An *amicus curiae* "does not represent the parties but participates only for the benefit of the Court." *Hard Drive Productions, Inc. v. Does 1-1,495*, 892 F.Supp.2d 334, 337 (D.D.C. 2012) (citations omitted). It is solely within the Court's discretion to determine "the fact, extent, and manner" of participation by the *amicus. Id.* Courts will find *amicus* participation appropriate when (1) "a party is not represented competently or is not rep-resented at all," (2) "the amicus has an interest in some other case that may be affected by the decision in the present case," or (3) "when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Jin v. Ministry of State Sec.*, 557 F.Supp.2d 131, 137 (D.D.C.2008) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1064 (7th Cir.1997)).

Here, *amici* can provide unique information and perspective regarding the pending merger between US Airways Group, Inc. and AMR Corporation. In their brief, *amici* intend to discuss how blocking the merger will not increase competition; rather, such action would decrease competition both domestically and globally, to the detriment of the traveling public and labor, as well as to airports and their local communities. In addition, *amici* will discuss the benefits of the merger generally and how it will create a third comprehensive and viable global network that would be fully capable of competing with the other major airlines, to the benefit of the flying public. Finally, *amici* will discuss the importance of the merger to the airports and those using them.

*Amici* are uniting in a single brief to reduce any burden on the Court. *Amici* will not participate in the presentation of evidence, will comply with any applicable page limitations and

other terms of amicus participation, and will participate in oral argument only to the extent that the Court requests such argument.

## III.   CONCLUSION

*Amici* respectfully request that this court allow them for leave to submit a brief *amicus curiae* on the merits of this matter, on such terms established by the Court.

Respectfully submitted,

Dated: October 28, 2013

/s/ David H. Bamberger
David H. Bamberger
DC Bar # 362285
Paul D. Schmitt
DC Bar # 1007680
DLA Piper LLP (US)
500 8th Street, NW
Washington, DC 20004
Tel: (202) 799-4500
Fax: (202) 799-5500
david.bamberger@dlapiper.com
paul.schmitt@dlapiper.com

*Counsel for Dallas/Fort Worth International Airport Board, City of Charlotte – Charlotte Douglas International Airport, City of Philadelphia, and City of Phoenix – Phoenix Sky Harbor International Airport*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2013, the foregoing Motion was filed with the Clerk

of the Court using the Court's CM/ECF system, served electronically via the Court's CM/ECF

system upon counsel of record, and was served via first-class regular mail upon the following:

Albert L. Hogan , III
John Wm Butler , Jr
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Suite 2700
Chicago, IL 60606-1720
Attorneys for *amicus* Official Committee of Unsecured Creditors

James A. Keyte
Jay M. Goffman
Kenneth B. Schwartz
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
4 Times Square
New York, NY 10036-6522
Attorneys for *amicus* Official Committee of Unsecured Creditors

Sharon L. Levine
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, NJ 07068
Attorney for *amicus* Transport Workers Union of America

/s/ David H. Bamberger
David H. Bamberger
DC Bar # 362285
DLA Piper LLP (US)
500 8th Street, NW
Washington, DC 20004
Tel: (202) 799-4500
Fax: (202) 799-5500
david.bamberger@dlapiper.com