**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.*,<br><br>             Plaintiffs,<br><br>      v.<br><br>US AIRWAYS GROUP, INC. *et al.*,<br><br>             Defendants. | Case No. 1:13-cv-01236-CKK |

**SUPPLEMENT TO MOTION FOR LEAVE TO FILE MERITS BRIEF AMICI CURIAE OF ALLIED PILOTS ASSOCIATION, ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, THE ASSOCIATION OF FLIGHT ATTENDANTS-CWA AND THE COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO (CWA) IN SUPPORT OF DEFENDANTS**

The Allied Pilots Association, the Association of Professional Flight Attendants, the

Association of Flight Attendants-CWA and the Communications Workers of America, AFL-CIO

("CWA") – unions made up of American Airline ("American") pilots and flight attendants and

US Airways flight attendants and passenger service agents – currently have pending before this

Court a motion for permission to file a brief *amici curiae* in support of Defendants US Airways

Group, Inc. and AMR Corporation that addresses the merits of this dispute (Dkt # 109).  In an

order dated, October 9, 2013, the Court granted *amicus curiae* status to the Transportation

Workers Union ("TWU").

By this supplemental filing, movants inform the Court that TWU will join in a unified

*amici curiae* brief with Allied Pilots Association, the Association of Professional Flight

Attendants, the Association of Flight Attendants-CWA and the CWA.  Movants have notified the

Department of Justice that TWU will join in the Allied Pilots Association *et al.* brief, and the

Department of Justice does not object.   Movants request that the Court enter the attached order

granting them leave to participate as amici curiae with TWU.


Dated: October 21, 2013                     Respectfully submitted,


                                             _/s/ Filberto Agusti_____
                                            Filiberto Agusti (DC Bar No. 270058)
                                            Robert Fleishman (DC Bar No. 175562)
                                            Edward Schwartz (DC Bar No 429690)
                                            Shannen W. Coffin (DC Bar No. 449197)
                                            Jeffrey Theodore (DC Bar No. 975975)
                                            **STEPTOE & JOHNSON LLP**
                                            1330 Connecticut Ave., NW
                                            Washington, DC 20036
                                            Tel: (202) 429-3000
                                            Facsimile: (202) 261-0658
                                            fagusti@steptoe.com
                                            rfleishman@steptoe.com
                                            eschwartz@steptoe.com
                                            scoffin@steptoe.com
                                            jtheodore@steptoe.com

                                             __/s/ Edgar N. James_____
                                            Edgar N. James (DC Bar # 333013)
                                            Darin M. Dalmat (DC Bar # 978922)
                                            **JAMES & HOFFMAN, P.C**.
                                            1130 Connecticut Avenue, NW
                                            Suite 950
                                            Washington, D.C. 20036
                                            Tel: (202) 496-0500
                                            ejames@jamhoff.com
                                            dmdalmat@jamhoff.com

                                            *Attorneys for the Allied Pilots Association*

__/s/ Robert S. Clayman_____
Robert S. Clayman (DC Bar #419631)
N. Skelly Harper  (DC Bar #1004509)
**GUERRIERI, CLAYMAN, BARTOS &
PARCELLI, P.C.**
1900 M  Street, N.W.
Washington, D.C.  20036
Tel: (202) 624-7400
Facsimile: (202) 624- 7420
rclayman@geclaw.com
sharper@geclaw.com
*Attorneys for Association of Professional Flight
Attendants*

__/s/ Edward J. Gilmartin_____
Edward J. Gilmartin (DC Bar #388361)
**General Counsel
Association of Flight Attendants-CWA**
501 Third Street, N.W.
Washington, D.C. 20001
Tel: 202-434-0577
egilmartin@afanet.org
*Attorney for Association of Flight Attendants-CWA*

__/s/ Mary K. O'Melveny_____
Mary K. O'Melveny (DC Bar # 418890)
General Counsel
**Communications Workers of America,
 AFL-CIO**
501 Third Street NW
Washington, DC 20001
Tel: (202) 434-1234
maryo@cwa-union.org
*Attorney for Communications Workers of America,
AFL-CIO*

___/s/ Richard S. Edelman_____
Richard S. Edelman
**O'DONNELL, SCHWARTZ, AND
ANDERSON,**
1300 L Street, N.W., Suite 1200
Washington, DC 20005
Fax: (202) 682-9276
redelman@odsalaw.com
*Attorney for Transport Workers Union of America*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2013, the foregoing Supplement was filed with the Clerk of the Court using the Court's CM/ECF system, served electronically via the Court's CM/ECF system upon counsel of record, and served via first class regular mail upon the following:

Albert L. Hogan , III
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Suite 2700
Chicago, IL 60606-1720

James A. Keyte
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
4 Times Square
New York, NY 10036-6522

Jay M. Goffman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036

John Wm Butler , Jr
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Suite 2700
Chicago, IL 60606-1720

Kenneth B. Schwartz
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036

> /s/ Joshua R. Taylor
> Joshua R. Taylor (DC Bar # 486025)
> STEPTOE & JOHNSON LLP
> 1330 Connecticut Avenue, NW
> Washington, DC  20036
> Tel:  (202) 429-3000
> Fax:  (202) 429-3902
> JRTaylor@steptoe.com
>
> *Counsel for Allied Pilots Association*