IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:13-cv-01236-CKK |
| ) | |
| US AIRWAYS GROUP, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ------------------------------------------------------) | |

## ORDER

AND NOW, this 28ᵃ day of _____October_____ 2013, this matter having come before the

Court on the Motion for Leave to File *Amicus Curiae* Brief in support of Defendants US Airways

Group, Inc. and AMR Corporation by Dallas/Fort Worth International Airport Board, the City of

Charlotte – Charlotte Douglas International Airport, the City of Philadelphia, and the City of

Phoenix – Phoenix Sky Harbor International Airport, **IT IS HEREBY ORDERED** that the

Motion is **GRANTED**.  The aforementioned parties shall be permitted to file a brief *amicus*

*curiae* addressing the merits of the case.  Said brief must be filed no later than

_____April 30, 2014_____

**SO ORDERED.**

Date: _____Oct. 28, 2013_____

_____Collins Kollar-Kotelly_____

United States District Court Judge

(N)