**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA, *et al.*,

                *Plaintiffs*,

                *v.*

US AIRWAYS GROUP, INC. and AMR CORPORATION,

                *Defendants*,

Case No. 1:13-cv-01236-CKK

**ORDER**

      The Allied Pilots Association, the Association Professional Flight Attendants, the Association of Flight Attendants-CWA and the Communications Workers of America, AFL-CIO (CWA)'s [109] Motion for Leave to File a Merits Brief *Amici Curiae* is GRANTED. Pursuant to their [114] Supplement to Motion for Leave to File Merits Brief *Amici* Curiae, the Allied Pilots Association, the Association Professional Flight Attendants, the Association of Flight Attendants-CWA and the Communications Workers of America, AFL-CIO shall file a joint *amicus curiae* brief with the Transport Workers Union, to whom the Court granted *amicus* status in its October 9, 2013 [103] Order. These interested labor unions shall be permitted to file an *amicus curiae* brief addressing the merits of this case subject to the following limitations. First, the brief must be filed by no later than November 15, 2013. Second, the brief must not exceed twenty-five (25) pages in length. Third, the Court requests that *amici* not include factual materials that will not be presented by the parties as part of the trial record. Instead, *amici* should, where possible, focus their brief on legal arguments in support of their position. To the

extent *amici* incorporate factual information not introduced and subject to cross-examination by the parties, this information will be disregarded by the Court. Finally, the Court requests that *amici* coordinate, and, to the extent possible, combine their brief with those of other *amici* in this matter.

Dated: October 30, 2013                                    _____/s/_____
                                                                            **HON. COLLEEN KOLLAR-KOTELLY**
                                                                            UNITED STATES DISTRICT JUDGE