UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et al.*

        *Plaintiffs*,

    v.

US AIRWAYS GROUP, INC.

and

AMR CORPORATION

        *Defendants*.

Case No. 1:13-cv-01236 (CKK)

**PLAINTIFFS' WITHDRAWAL OF OBJECTIONS TO MOTIONS BY VARIOUS NON-PARTIES TO FILE AMICUS CURIAE BRIEFS IN THIS MATTER**

In light of the Court's order(s) regarding *amicus curiae* filings, Plaintiffs withdraw their earlier objections to various non-parties' motions to file *amicus curiae* briefs with the Court in this matter.

Dated: November 1, 2013

        FOR PLAINTIFFS

        /s
        Ryan Danks
        Attorney
        U.S. Department of Justice
        Antitrust Division
        450 Fifth Street, N.W., Suite 8000
        Washington, DC 20530
        (202) 305-0128
        Ryan.Danks@usdoj.gov