UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>US AIRWAYS GROUP, INC.<br><br>and<br><br>AMR CORPORATION<br><br>*Defendants*. | Case No. 1:13-cv-01236 (CKK) |

**PLAINTIFFS' WITHDRAWAL OF OBJECTIONS TO MOTIONS BY VARIOUS NON-PARTIES TO FILE AMICUS CURIAE BRIEFS IN THIS MATTER**

In light of the Court's order(s) regarding *amicus curiae* filings, Plaintiffs withdraw their earlier objections to various non-parties' motions to file *amicus curiae* briefs with the Court in this matter.

Dated: November 1, 2013

FOR PLAINTIFFS

/s
Ryan Danks
Attorney
U.S. Department of Justice
Antitrust Division
450 Fifth Street, N.W., Suite 8000
Washington, DC 20530
(202) 305-0128
Ryan.Danks@usdoj.gov