# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et al.*,

                *Plaintiffs*,

        *v*.

US AIRWAYS GROUP, INC. and AMR CORPORATION,

                *Defendants*,

Case No. 1:13-cv-01236-CKK

## ORDER

The [113] Motion of Official Committee of Unsecured Creditors for Leave to File *Amicus Curiae* Merits Brief in Support of Defendants is GRANTED. The Official Committee of Unsecured Creditors shall be permitted to file a brief *amicus curiae* addressing the merits of this case subject to the following limitations. First, the brief must be filed by no later than November 15, 2013. Second, the brief must not exceed twenty-five (25) pages in length. Third, the Court requests that *amicus* not include factual materials that will not be presented by the parties as part of the trial record. Instead, *amicus* should, where possible, focus its brief on legal arguments in support of its position. To the extent *amicus* incorporates factual information not introduced and subject to cross-examination by the parties, this information will be disregarded by the Court. Finally, the Court requests that *amicus* coordinate, and, to the extent possible, combine its brief with those of other *amici* in this matter.

Dated: November 4, 2013

                                                    /s/
                                        **HON. COLLEEN KOLLAR-KOTELLY**

UNITED STATES DISTRICT JUDGE