**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA, *et al.*,

                                      *Plaintiffs*,

                       *v.*                              Case No. 1:13-cv-01236-CKK

US AIRWAYS GROUP, INC. and AMR
CORPORATION,

                                      *Defendants*,

**ORDER**

      The [123] Motion for Leave to File Merits Brief *Amici Curiae* of the Charlotte Chamber of Commerce, the Chicagoland Chamber of Commerce, the Dallas Regional Chamber, the Fort Worth Chamber of Commerce, the Greater Philadelphia Chamber of Commerce, and the Greater Phoenix Chamber of Commerce in Support of Defendants is GRANTED. These entities shall be permitted to file a brief *amici curiae* addressing the merits of this case subject to the following limitations. First, the brief must be filed by no later than November 15, 2013. Second, the brief must not exceed twenty-five (25) pages in length. Third, the Court requests that *amici* not include factual materials that will not be presented by the parties as part of the trial record. Instead, *amici* should, where possible, focus their brief on legal arguments in support of their position. To the extent *amici* incorporate factual information not introduced and subject to cross-examination by the parties, this information will be disregarded by the Court. Finally, the Court requests that *amici* coordinate, and, to the extent possible, combine their brief with those of other *amici* in this matter.

Dated: November 4, 2013

      /s/
**HON. COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE