IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> *v.* <br><br> US AIRWAYS GROUP, INC. and AMR CORPORATION, <br><br> *Defendants*, | Case No. 1:13-cv-01236-CKK |

**DEFENDANTS' OPPOSITION TO MOTION OF
USAPA TO PARTICIPATE AS AMICUS CURIAE**

Defendants US Airways Group, Inc. ("US Airways") and AMR Corporation ("American") (together, the "Airlines") respectfully submit this response to the Motion of the US Airline Pilots Association ("USAPA") to participate as Amicus Curiae, Dkt. 132. The Airlines have no objection to, and, indeed, welcome, USAPA's participation as amicus curiae *if* USAPA joins the collaborative effort of the other unions. This Court has approved a 25-page amici brief to be filed jointly by five unions representing employees of both Airlines. Dkt. 130. Those unions represent the pilots of American, the flight attendants of both American and US Airways and ground employees of both American and US Airways. The Airlines encouraged USAPA to join this effort, but, so far at least, USAPA has refused. The Airlines greatly value the interests of USAPA's members, but oppose an amicus appearance that would unduly burden the Court with separate and repetitive briefs, particularly since all other unions are willing to cooperate in a joint filing. While USAPA asserts it has a "different perspective" from the other unions, it has represented that its brief will focus on the "benefits to the public" of an approved merger, Dkt. 132 at 3, and those benefits are the same for all unions. The Airlines thus respectfully oppose

-2-

USAPA's request to file a separate brief, but support USAPA's participation in a joint brief.


Dated:  November 5, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ Richard G. Parker | /s/ John M. Majoras |
| Richard G. Parker (DC Bar #327544) | John M. Majoras (DC Bar #474267) |
| Henry Thumann (DC Bar #474499) | Paula Render (admitted pro hac vice) |
| Courtney Dyer (DC Bar #490805) | Michael S. Fried (DC Bar #458347) |
| O'MELVENY & MYERS LLP | Rosanna K. McCalips (DC Bar #482859) |
| 1625 Eye Street, N.W. | JONES DAY |
| Washington, DC 20006 | 51 Louisiana Avenue, N.W. |
| (202) 383-5300 | Washington, DC 20001 |
| rparker@omm.com | (202) 879-3939 |
| hthumann@omm.com | jmmajoras@jonesday.com |
| cdyer@omm.com | prender@jonesday.com |
| | msfried@jonesday.com |
| Kenneth R. O'Rourke (admitted pro hac vice) | rkmccalips@jonesday.com |
| O'MELVENY & MYERS LLP | |
| 400 South Hope Street | Mary Jean Moltenbrey (DC Bar #481127) |
| Los Angeles, CA 90071 | PAUL HASTINGS LLP |
| (213) 430-6000 | 875 15th Street, N.W. |
| korourke@omm.com | Washington, DC 20005 |
| | (202) 551-1725 |
| Paul T. Denis (DC Bar #437040) | mjmoltenbrey@paulhastings.com |
| Steven G. Bradbury (DC Bar #416430) | |
| DECHERT LLP | |
| 1900 K Street, N.W. | *Attorneys for Defendant* |
| Washington, DC 20006 | *AMR Corporation* |
| (202) 261-3300 | |
| paul.denis@dechert.com | |
| steven.bradbury@dechert.com | |
| | |
| Charles F. Rule (DC Bar #370818) | |
| Andrew Forman (DC Bar #477425) | |
| CADWALADER, WICKERSHAM | |
| & TAFT LLP | |
| 700 Sixth Street, N.W. | |
| Washington, DC 20001 | |
| (202) 862-2200 | |
| rick.rule@cwt.com | |
| andrew.forman@cwt.com | |
| | |
| *Attorneys for Defendant* | |
| *US Airways Group, Inc.* | |