**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA, *et al.*,

*Plaintiffs*,

*v*.

US AIRWAYS GROUP, INC. and AMR CORPORATION,

*Defendants*,

Case No. 1:13-cv-01236-CKK

**DEFENDANTS' WITHDRAWAL OF OBJECTION TO MOTION OF CAROLYN FJORD, *ET AL*. TO PARTICIPATE AS AMICUS CURIAE**

Pursuant to the Court's minute order of November 4, 2013, Defendants US Airways Group, Inc. and AMR Corporation withdraw their earlier objection to the Motion of Carolyn Fjord, et al. to participate as Amicus Curiae, Dkt. 137.

Dated: November 5, 2013

Respectfully submitted,

/s/ Richard G. Parker
Richard G. Parker (DC Bar #327544)
Henry Thumann (DC Bar #474499)
Courtney Dyer (DC Bar #490805)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
(202) 383-5300
rparker@omm.com
hthumann@omm.com
cdyer@omm.com

Kenneth R. O'Rourke (admitted pro hac vice)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000
korourke@omm.com

Paul T. Denis (DC Bar #437040)
Steven G. Bradbury (DC Bar #416430)
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 261-3300
paul.denis@dechert.com
steven.bradbury@dechert.com

Charles F. Rule (DC Bar #370818)
Andrew Forman (DC Bar #477425)
CADWALADER, WICKERSHAM
& TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
(202) 862-2200
rick.rule@cwt.com
andrew.forman@cwt.com

***Attorneys for Defendant***
***US Airways Group, Inc.***

/s/ John M. Majoras
John M. Majoras (DC Bar #474267)
Paula Render (admitted pro hac vice)
Michael S. Fried (DC Bar #458347)
Rosanna K. McCalips (DC Bar #482859)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3939
jmmajoras@jonesday.com
prender@jonesday.com
msfried@jonesday.com
rkmccalips@jonesday.com

Mary Jean Moltenbrey (DC Bar #481127)
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
(202) 551-1725
mjmoltenbrey@paulhastings.com

***Attorneys for Defendant***
***AMR Corporation***