# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et al.*,

                                *Plaintiffs*,

                   *v.*

Case No. 1:13-cv-01236-CKK

US AIRWAYS GROUP, INC. and AMR
CORPORATION,

                         *Defendants*,

## ORDER

The [137] Motion for Leave to File Brief *Amici Curiae* by Carolyn Fjord, *et al.* in Support of Plaintiffs is GRANTED.  The movants shall be permitted to file a brief *amici curiae* addressing the merits of this case subject to the following limitations.  First, the brief must be filed by no later than November 15, 2013.  Second, the brief must not exceed twenty-five (25) pages in length.  Third, the Court requests that *amici* not include factual materials that will not be presented by the parties as part of the trial record.  Instead, *amici* should, where possible, focus their brief on legal arguments in support of their position.  To the extent *amici* incorporate factual information not introduced and subject to cross-examination by the parties, this information will be disregarded by the Court.  Finally, the Court requests that *amici* coordinate, and, to the extent possible, combine their brief with those of other *amici* in this matter.

Dated:  November 5, 2013

                                        /s/
                                **HON. COLLEEN KOLLAR-KOTELLY**
                                UNITED STATES DISTRICT JUDGE