**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *Plaintiffs*, v. US AIRWAYS GROUP, INC. and AMR CORPORATION, *Defendants*, | Case No. 1:13-cv-01236-CKK |

**ORDER**

The [132] Motion of US Airline Pilots Association for Leave to Participate as Amicus Curiae is GRANTED.  The movant shall be permitted to file a brief *amicus curiae* addressing the merits of this case subject to the following limitations.  First, the brief must be filed by no later than November 15, 2013.  Second, the brief must not exceed eight (8) pages in length.  Third, the Court requests that *amicus* not include factual materials that will not be presented by the parties as part of the trial record.  Instead, *amicus* should, where possible, focus its brief on legal arguments in support of its position.  To the extent *amicus* incorporate factual information not introduced and subject to cross-examination by the parties, this information will be disregarded by the Court.  Finally, the Court requests that *amicus* coordinate its filing with, and not reiterate any arguments made by, the other unions filing a joint *amicus* brief in this matter.  If it becomes apparent, after communicating with counsel for other union *amici* in this matter, that these briefs will be making the same arguments regarding the "benefits to the public" of an approved merger, the Court asks that *amicus* join a single union *amici* brief rather than filing a separate brief.

Dated:  November 5, 2013
                                                   /s/
                                            **HON. COLLEEN KOLLAR-KOTELLY**
                                            UNITED STATES DISTRICT JUDGE