**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> *v.* <br><br> US AIRWAYS GROUP, INC. and AMR CORPORATION, <br><br> *Defendants*, | Case No. 1:13-cv-01236-CKK |

**JOINT STIPULATION OF THE PLAINTIFF STATES AND DEFENDANTS
REQUESTING ENTRY OF SUPPLEMENTAL STIPULATED ORDER**

The States of Arizona, Florida, Michigan, and Tennessee, the Commonwealths of Pennsylvania and Virginia, and the District of Columbia (collectively the "Plaintiff States"), together with US Airways Group, Inc. and AMR Corporation ("Defendants"), submit this joint stipulation requesting that the Court enter the accompanying Supplemental Stipulated Order. The Plaintiff States and Defendants have conferred and agreed to the Supplemental Stipulated Order as a condition to the Plaintiff States' willingness to enter into the Proposed Final Judgment being submitted separately and simultaneously by the United States and Defendants resolving all claims in this action.

Dated: November__, 2013                                                     Respectfully submitted,

| | |
|---|---|
| FOR PLAINTIFF STATE OF ARIZONA | FOR DEFENDANT US AIRWAYS GROUP, INC. |
| THOMAS C. HORNE<br>Attorney General | _____/S/_____<br>Richard G. Parker (DC Bar #327544)<br>Henry Thumann (DC Bar #474499) |
| _____/S/_____<br>Nancy M. Bonnell<br>Susan V. Myers<br>Office of the Arizona Attorney General<br>1275 W. Washington Street<br>Phoenix, AZ 85007-2926<br>(602) 542-7728<br>(602) 542-7768<br>nancy.bonnell@azag.gov<br>susan.myers@azag.gov | Courtney Dyer (DC Bar #490805)<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, N.W.<br>Washington, DC 20006<br>(202) 383-5300<br>rparker@omm.com<br>hthumann@omm.com<br>cdyer@omm.com<br><br>Kenneth R. O'Rourke (admitted *pro hac vice*)<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>(213) 430-6000<br>korourke@omm.com |
| FOR PLAINTIFF STATE OF FLORIDA | |
| PAMELA JO BONDI<br>Attorney General | Paul T. Denis (DC Bar #437040)<br>Gorav Jindal (DC Bar #471059)<br>Dechert LLP<br>1900 K Street, N.W.<br>Washington, DC 20006<br>(202) 261-3300 |
| PATRICIA A. CONNERS<br>Associate Deputy Attorney General<br>ANTITRUST DIVISION | |
| _____/S/_____<br>Lizebeth A. Brady<br>Chief, Multistate Antitrust Enforcement<br>PL-01, The Capitol<br>Tallahassee, Florida 32399-1050<br>(Phone) 850-414-3300<br>(Fax)850-488-9134<br>Christopher Hunt<br>Assistant Attorney General<br>PL-01, The Capitol<br>Tallahassee, FL 32399-1050<br>(Phone) 850-414-3300<br>(Fax)850-488-9134<br>Trish.Conners@myfloridalegal.com<br>liz.brady@myfloridalegal.com | paul.denis@dechert.com<br>gorav.jindal@dechert.com<br><br>Charles F. Rule (DC Bar #370818)<br>Andrew Forman (DC Bar #477425)<br>CADWALADER, WICKERSHAM<br>& TAFT LLP<br>700 Sixth Street, N.W.<br>Washington, DC 20001<br>(202) 862-2200<br>rick.rule@cwt.com<br>andrew.forman@cwt.com |

2

FOR PLAINTIFF STATE OF MICHIGAN

FOR THE PLAINTIFF STATE OF MICHIGAN
BILL SCHUETTE
Attorney General

_____/S/_____
D.J. Pascoe
Assistant Attorney General
Corporate Oversight Division
G. Mennen Williams Building, 6th Floor
Lansing, MI 48909
(517) 373-1160
pascoed1@michigan.gov

FOR PLAINTIFF STATE OF TENNESSEE

ROBERT E. COOPER, JR.
Attorney General & Reporter

_____/S/_____
Victor J. Domen , Jr.
Senior Antitrust Counsel
Consumer Advocate and Protection Division
425 Fifth Avenue North
Nashville, TN 37202
(615) 253-3327
vic.domen@ag.tn.gov

FOR PLAINTIFF COMMONWEALTH OF
PENNSYLVANIA

KATHLEEN KANE
Attorney General

_____/S/_____
James A. Donahue, III
Executive Deputy Attorney General
Jennifer Ann Thomson
Senior Deputy Attorney General
Office of the Attorney General
Antitrust Section
14th Floor
Strawberry Square
Harrisburg, PA 17011
(717) 705-2523
(717) 787-4530

jdonahue@attorneygeneral.gov
jthomson@attorneygeneral.gov

FOR DEFENDANT AMR CORPORATION

_____/S/_____
John M. Majoras (DC Bar #474267)
Paula Render (admitted *pro hac vice*)
Michael S. Fried (DC Bar #458347)
Rosanna K. McCalips (DC Bar #482859)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3939
jmmajoras@jonesday.com
prender@jonesday.com
msfried@jonesday.com
rkmccalips@jonesday.com

Mary Jean Moltenbrey (DC Bar #481127)
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
(202) 551-1725
mjmoltenbrey@paulhastings.com

3

jdonahue@attorneygeneral.gov
jthomson@attorneygeneral.gov

FOR THE PLAINTIFF COMMONWEALTH OF VIRGINIA
KENNETH T. CUCCINELLI, II
Attorney General

                /S/
Sarah Oxenham Allen
Matthew Ryan Hull
Assistant Attorneys General
Consumer Protection Section
Office of the Attorney General of Virginia
900 East Main Street
Richmond, VA 23219
(804) 786-6557
(804) 371-2084
soallen@oag.state.va.us
mhull@oag.state.va.usConsumer Protection Section

FOR PLAINTIFF DISTRICT OF COLUMBIA

IRVIN B. NATHAN
Attorney General

Ellen A. Efros
Deputy Attorney General, Public Interest Division

                /S/
Bennett Rushkoff  (D.C. Bar #386925)
Chief, Public Advocacy Section
Nicholas A. Bush  (D.C. Bar #1011001)
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., Suite 600-S
Washington, DC  20001
(202) 727-5173
bennett.rushkoff@dc.gov

15078971.1.LITIGATION 11/12/2013 11:02 AM