# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et al.*,

                *Plaintiffs*,

        *v.*

US AIRWAYS GROUP, INC. and AMR CORPORATION,

                *Defendants*,

Case No. 1:13-cv-01236-CKK

## ORDER

Pursuant to the [150] Asset Preservation Order and Stipulation, all deadlines in this matter established by the [71] Scheduling and Case Management Order and [128] Trial Procedures Order are stayed. This includes the November 15, 2013 deadline for the filing of *amicus curiae* briefs. Accordingly, *amici* who have been granted leave to file should not file any briefs with the Court at this time. Instead, if they have objections to the proposed settlement agreement, they should use the procedures provided by the Antitrust Procedures and Penalties Act ("APPA"), 15 U.S.C. § 16, for making these concerns known.

Dated: November 13, 2013

                                            /s/
                                      **HON. COLLEEN KOLLAR-KOTELLY**
                                      UNITED STATES DISTRICT JUDGE