IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et al.*,

                *Plaintiffs*,

         *v.*
                                  Case No. 1:13-cv-01236-CKK

US AIRWAYS GROUP, INC. and AMR
CORPORATION,

                *Defendants*,

## ORDER

After conferring with the parties, and in order to administer the settlement of this case in accordance with the procedures set out in the Antitrust Procedures and Penalties Act (Tunney Act), 15 U.S.C. § 16(b)-(h), and as expeditiously as possible, it is this 20th day of November, 2013, hereby

**ORDERED** that the United States shall publish the proposed Final Judgment and Competitive Impact Statement in the Federal Register by no later than December 6, 2013; and it is further

**ORDERED** that, pursuant to 15 U.S.C. § 16(g), within 10 days of the publication of the proposed Final Judgment in the Federal Register, and by no later than December 16, 2013, each of the Defendants shall file with the Court a description of any and all written or oral communications by or on behalf of such Defendant, or other person, with any officer or employee of the United States concerning or relevant to the proposed Final Judgment, except that any such communication made by counsel of record alone with either the Attorney General

or the employees of the United States Department of Justice shall be excluded from this requirement.  By no later than March 10, 2014, each Defendant shall certify to the Court that the requirements of 15 U.S.C. § 16(g) have been complied with and that its filing pursuant to this subsection is a true and complete description of such communication known to the Defendant or which the Defendant reasonably should have known; and it is further

**ORDERED** that, pursuant to 15 U.S.C. § 16(c), the United States shall cause to be published in the *Washington Post*, the *Arizona Republic*, and the *Dallas Morning News* a notice containing a summary of the terms of the proposed Final Judgment, a summary of the Competitive Impact Statement, and a list of materials and documents which the United States shall make available for purposes of meaningful public comment and the place where such materials and documents are available for public inspection.  Such publication shall continue for seven days over a period of two weeks, commencing not later than November 25, 2013; and it is further

**ORDERED** that members of the public may submit written comments concerning the proposed Final Judgment to the designated official of the Antitrust Division of the United States Department of Justice for a period of 60 days following either publication of the proposed Final Judgment and Competitive Impact Statement in the Federal Register, or the last date of publication in a newspaper pursuant to this Order, whichever is later.  This period shall run from December 9, 2013 to February 7, 2014; and it is further

**ORDERED** that, within thirty days after the close of the 60-day public comment period, and by no later than March 10, 2014, the United States shall post all public comments on the Antitrust Division website and shall file with the Court and publish in the Federal Register its responses to any comments received, including in the Federal Register the internet address where

the public comments may be found. The posting of all public comments on the Antitrust Division website shall serve as an alternative method of public dissemination of these comments pursuant to 15 U.S.C. § 16(d) in lieu of Federal Register publication; and it is further

**ORDERED** that, simultaneous with the filing of its response to the comments of the public, the United States shall file any appropriate legal briefing with the Court; and it is further

**ORDERED** that the United States shall file any Renewed Proposed Final Judgment, containing modifications pursuant to public comments, for the Court's review pursuant to 15 U.S.C. § 16(e)-(f) by no later than March 10, 2014; and it is further

**ORDERED** that upon completion of the above procedures, and by no later than March 10, 2014, the United States shall file with the Court a certification of compliance with the requirements of the Antitrust Procedures and Penalties Act (Tunney Act), 15 U.S.C. § 16(b)-(h).

Once the Court receives the appropriate filings from the parties, it will determine if a hearing is necessary as part of its review pursuant to 15 U.S.C. § 16(e)-(f).

**SO ORDERED.**

Dated:  November 20, 2013         _____/s/_____
                                  **HON. COLLEEN KOLLAR-KOTELLY**
                                  UNITED STATES DISTRICT JUDGE