UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>US AIRWAYS GROUP, INC.<br><br>and<br><br>AMR CORPORATION<br><br>*Defendants*. | Case No. 1:13-cv-01236 (CKK) |

**MOTION TO EXTEND TIME FOR FEDERAL REGISTER PUBLICATION OF RESPONSE OF PLAINTIFF UNITED STATES TO PUBLIC COMMENTS ON THE PROPOSED FINAL JUDGMENT**

The United States hereby moves the Court to extend time for publication in the *Federal Register* of the Response of Plaintiff United States to Public Comments on the Proposed Final Judgment ("Response"). The Order setting out procedures for compliance with the Antitrust Procedures and Penalties Act (Dkt. # 154, entered November 20, 2013) currently requires that the Response be published in the *Federal Register* by March 10, 2014. The United States requests that an extension of time be granted to allow it to submit the Response to the *Federal Register* on March 10, 2014 for publication as soon thereafter as possible.

The period for comments on the proposed Final Judgment ended on February 7, 2014, and the United States is in the process of preparing its Response. Pursuant to the Court's Order, the United States will file its Response with the Court on March 10, 2014.

The United States will also make the Response and all of the public comments available on the Antitrust Division website on that date.

The United States has been informed, however, that the *Federal Register* cannot guarantee publication of the Response by March 10, 2014, unless it is submitted significantly in advance of that date. In order to allow the United States more time to prepare its Response and to include in the Response the most up-to-date information available on the status of the divestitures, the United States respectfully requests an extension of time to allow the United States to submit the Response to the *Federal Register* on March 10, and to file its certification of compliance with the requirements of the Tunney Act promptly upon publication of the Response in the *Federal Register*.

The United States has consulted with Defendants on this Motion and Defendants have no objection. A draft order is attached.

Dated: February 26, 2014                    Respectfully submitted,

/s/ *Michael D. Billiel*
Michael D. Billiel (D.C. Bar No. 394377)
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Telephone: (202) 307-6666
Facsimile: (202) 307-2784
Email: michael.billiel@usdoj.gov

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>US AIRWAYS GROUP, INC.<br><br>and<br><br>AMR CORPORATION<br><br>*Defendants*. | Case No. 1:13-cv-01236 (CKK) |

### ORDER

Upon Motion by the United States to Extend Time for Federal Register Publication of the Response of Plaintiff United States to Public Comments on the Proposed Final Judgment, it is hereby

**ORDERED** that the United States shall submit the Response to Public Comments to the *Federal Register* on March 10, 2014 for publication; and it is further

**ORDERED** that upon publication of the Response to Public Comments in the *Federal Register*, the United States shall promptly file a certification of compliance with the requirements of the Antitrust Procedures and Penalties Act (Tunney Act), 15 U.S.C. § 16 (b)-(h).

**SO ORDERED**

Dated: _____

**HON. COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE