| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>US AIRWAYS GROUP, INC.<br><br>and<br><br>AMR CORPORATION<br><br>*Defendants.* | Case No. 1:13-cv-01236 (CKK) |

## ORDER

Upon *unopposed* Motion by the United States to Extend Time for Federal Register Publication of the Response of Plaintiff United States to Public Comments on the Proposed Final Judgment, it is hereby

**ORDERED** that the United States shall submit the Response to Public Comments to the *Federal Register* on March 10, 2014 for publication; and it is further

**ORDERED** that upon publication of the Response to Public Comments in the *Federal Register*, the United States shall promptly file a certification of compliance with the requirements of the Antitrust Procedures and Penalties Act (Tunney Act), 15 U.S.C. § 16 (b)-(h).

**SO ORDERED**

Dated: 2/26/14

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**HON. COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE