## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>US AIRWAYS GROUP, INC., *et al.*<br><br>Defendants. | Civil Action No. 13-cv-1236 (CKK) |

### ORDER
(April 25, 2014)

In light of this Court's "inherent authority" to permit amici participation, *Jin v. Ministry of State Sec.*, 557 F.Supp.2d 131, 136 (D.D.C. 2008), and the unopposed nature of the requests, it is, this 25th day of April, 2014, hereby

**ORDERED** that the [163] Unopposed Motion of the American Antitrust Institute for Leave to File Brief as Amicus Curiae to Reply to the Response of Plaintiff United States to Public Comments on the Proposed Final Judgment is **GRANTED**.  Movant's brief shall be lodged as filed.

**IT IS FURTHER ORDERED** that the [165] Unopposed Motion for Leave to File Brief Amici Curiae by Carolyn Fjord, et al. and in Opposition to Plaintiff's Motion for Entry of Final Judgment and for a Hearing on the Proposed Final Judgment is **GRANTED IN PART AND DENIED IN PART**.  Movant's brief shall be lodged as filed.  However, in an exercise of its discretion under the Tunney Act, 15 U.S.C. § 16(e)(2), the Court **DENIES** movant's request for a hearing.

//

**SO ORDERED.**

                                                          */s/*
                                        **COLLEEN KOLLAR-KOTELLY**
                                        UNITED STATES DISTRICT JUDGE