UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*<br><br>　　Plaintiffs,<br><br>　　v.<br><br>US AIRWAYS GROUP, INC., *et al.*<br><br>　　Defendants. | Civil Action No. 13-cv-1236 (CKK) |

ORDER
(April 25, 2014)

For the reasons stated in the accompanying Memorandum Opinion, it is, this 25th day of April, 2014, hereby

**ORDERED** that the United States' [161] Motion for Entry of the Proposed Final Judgment is **GRANTED**.  The Final Judgment will be entered as proposed.

**SO ORDERED.**

*This is a final, appealable Order.*

　　　　　　　　　　　　　　　　　　　　　　　*/s/*　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　**COLLEEN KOLLAR-KOTELLY**
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE